UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff            CIVIL ACTION NO. 1:15-cv-14017-NMG

V.

Defendants

FRONTIER COMMUNICATION CORP,

## MOTION TO DISMISS WITH PREDJUDICE

Now comes the plaintiff to dismiss the pending litigation against Frontier Communication with prejudice this case has been settled and all parties will bear for their own cost, on the 5th day of August 2016.

Respectfully Submitted

Paul Jones

/s/ PAUL JONES

572 Park Street

Stoughton, Ma 02072

617-939-5417

William T. Harrington (BBO No 564445)

171 Milk Street, 2nd Floor

Boston, MA 02109

*Motion allowed. /s/ NMGorton, USDJ 11/8/16*